## JOHN DeGRAFF, JONATHAN WALTON, ABRAHAM VAN SANTVOORD AND ERI LUSHER, MERCHANTS IN COMPANY UNDER THE FIRM OF DeGRAFF, SANTVOORD & CO., *versus* JOHN McDONELL

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 259; (2) motion for bail or procedendo *p. 265; (3) jury impaneled *p. 278; (4) witnesses sworn *p. 278; (5) constable sworn to attend jury *p. 278; (6) verdict *p. 278; (7) notice of motion for new trial *p. 278; (8) motion for judgment *p. 312; (9) judgment *p. 378.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) declaration; (5) plea of non assumpsit and notice of demand for bill of particulars;

(6) bill of particulars; (7) panel of jurors; (8) verdict; (9) reasons for new trial; (10) motion for judgment; (11) affidavit in support of motion for new trial; (12) precipe for execution fi. fa.; (13) writ of fi. fa. and return; (14) precipe for pluries fi. fa.; (15) pluries fi. fa. and return; (16) statement of accounts.

*1821 Calendar*, MS p. 16.  Recorded in *Book B*, MS pp. 50–54.